UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

| | |
|---|---|
| IN RE: DRAGAN MICIC | Case No. 19-10717 |
| Debtor. | Chapter 7 |

_____

| | |
|---|---|
| FIFTH THIRD BANK | **COMPLAINT SEEKING EXCEPTION TO DISCHARGE PURSUANT TO 11 U.S.C. §523(a)(2)(C) and §523(a)(2)(A)** |
| Plaintiff, | |
| v. | |
| DRAGAN MICIC | ADV. NO. 19-00731 |
| Defendant. | JUDGE JACK B. SCHMETTERER |

_____

NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT

This cause coming before the Court on the Adversary Complaint filed by Plaintiff, FIFTH THIRD BANK (the "Complaint") against Debtor Defendant DRAGAN MICIC, no appearances or answer having been filed on behalf of Debtor-Defendant but the matter having been resolved between the parties, and the Court being fully advised in the premises that all matters in dispute are resolved and FIFTH THIRD BANK'S Complaint is DISMISSED, with prejudice.

            Respectfully submitted
            FIFTH THIRD BANK

            By: /s/ Terri M. Long

Terri M. Long
Law Office of Terri M. Long
2056 Ridge Road
Homewood, IL 60430
Attorneys for PLAINTIFF Fifth Third Bank

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice of Dismissal upon the parties listed below, by mailing same in a properly addressed envelope, postage prepaid, from 2056 Ridge Road, Homewood, IL 60430 before the hour of 5:00 p.m. on the 31st day of July 2019:

Dragan Micic, 11046 West 167th Place, Orland Park, IL 60467

Anthony J. Peraica, 5130 South Archer Avenue, Chicago, IL 60632

                                        By: /s/ Terri M. Long